IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:17-CR-0199-01 |
| VS. | : | |
| MANDI RICE | : | |

ORDER

AND NOW, this 10th day of July, 2017, the court finds that the defendant is acting voluntarily and not as a result of force or threats or promises apart from the plea agreement, that she understands her rights and the consequences of her plea and voluntarily waives the presentment of facts before a grand jury and her right to trial. The court is satisfied that the plea has basis in fact and contains all the elements of the crime charged. The court therefore accepts the plea of Guilty to the 1-Count Information and directs the entry of a judgment of guilty on the plea.

Sentencing is deferred pending receipt by the court of a pre-sentence report which shall be disclosed no later than _September 6_, 2017. If counsel desire to file sentencing memoranda, such shall be filed five days prior to the date of sentencing.

_____
SYLVIA H. RAMBO
United States District Judge